IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ray M. Lopez,<br><br>    Plaintiff,<br><br>vs.<br><br>State Farm Insurance Companies Group Health and Welfare Plan for United States Employees, et al.,<br><br>    Defendants. | No.  CV-20-00180-PHX-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 12) is **granted**;

2. That Defendant Life Insurance Company of North America is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That, Defendant Life Insurance Company of North America being the only remaining defendant in this case, the Clerk of Court shall **terminate** this action.

Dated this 21st day of April, 2020.

Honorable Steven P. Logan
United States District Judge